No. 1494, Misc., October Term, 1967. PERKINS *v.* UNITED STATES, 391 U. S. 954;

No. 1571, Misc., October Term, 1967. McNEILL *v.* GARRITY, WARDEN, 391 U. S. 971;

No. 1637, Misc., October Term, 1967. FIELDS *v.* DEPARTMENT OF SOCIAL WELFARE, 392 U. S. 297;

No. 1646, Misc., October Term, 1967. CINNAMON *v.* KENTUCKY, 392 U. S. 939;

No. 1653, Misc., October Term, 1967. LANDMAN *v.* PEYTON, PENITENTIARY SUPERINTENDENT, 392 U. S. 939;

No. 1674, Misc., October Term, 1967. BIGGS *v.* UNITED STATES, 392 U. S. 945;

No. 1675, Misc., October Term, 1967. BIGGS *v.* CAMPBELL, CHIEF JUDGE, U. S. DISTRICT COURT, 392 U. S. 922;

No. 1854, Misc., October Term, 1967. BIGGS *v.* DOES ET AL., 392 U. S. 922;

No. 1861, Misc., October Term, 1967. MORFORD *v.* HOCKER, WARDEN, 392 U. S. 944; and

No. 1875, Misc., October Term, 1967. HARRIS *v.* RHAY, PENITENTIARY SUPERINTENDENT, 392 U. S. 921. Petitions for rehearing denied.

No. 469, October Term, 1962. LARKIN, DBA LARKIN Co. *v.* PLATT CONTRACTING Co., INC., ET AL., 371 U. S. 924. Motion for leave to file petition for rehearing denied. MR. JUSTICE FORTAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 232, October Term, 1967. UNITED STATES *v.* O'BRIEN; and

No. 233, October Term, 1967. O'BRIEN *v.* UNITED STATES, 391 U. S. 367. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.